Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
HEIT ERLBAUM, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 1:16-cv-00226-AWI-SKO |
| Plaintiff, | |
| vs. | **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |
| JOHN DOE subscriber assigned IP address 67.182.56.20,       Defendant. | |
| | (Doc. 8) |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is granted.  Plaintiff shall have until October 13, 2016, to effectuate service of a summons and complaint on Defendant.

IT IS SO ORDERED.

Dated:   **May 31, 2016**          /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE

6320 Canoga Ave, 15th Floor, Woodland Hills, California 91367 | 855.231.9868

HEIT | ERLBAUM